Daniel J Rylander, P.C.
Attorneys At Law
2701 East Speedway Blvd., #203
Tucson, Arizona 85716
Office (520) 299-4922-Fax (520)299-1482

Daniel J. Rylander
PAN#4969 - Ariz. Bar #15279
Attorneys for Debtor.

IN THE UNITED STATE BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 13 CASE |
|---|---|---|
| TANA K. KELCH | ) ) ) | CASE NO. 4-12-BK-26010-EWH |
| DEBTOR. | ) ) ) ) ) | **OBJECTION TO IRS PROOF OF CLAIM AS AMENDED ON MARCH 6, 2013** |

DEBTOR, by and through counsel, submits her Objection to the IRS Proof of Claim (Amendment No. 2) filed on March 6, 2013.

1. Debtor filed her bankruptcy on December 14, 2012.

2. The case has not been confirmed. The resolution of this claim containing estimated liabilities is required before a confirmation order is submitted.

3. The IRS Proof of Claim as amended states that for tax years 2006 and 2007 there is an unknown amount listed for Estimated Liability.

4. The Proof of Claim specifically indicates that quarterly withholding returns are unfiled for the 4th quarter of 2006, and the 1st, 2nd, 3rd and 4th quarter of 2007.

1

5.  The Debtor was notified in writing that she should use the 944 Form rather than quarterly filings of Form 941.

6.  Attached as an Exhibit is Debtor's 944 return for 2006, with a copy of check 4581, showing the payment of the money owed for all of 2006.

7.  Attached as an Exhibit is Debtor's 944 return for 2007. The Debtor believes that the balance of $2,013.48 for that 944 return for 2007 was paid to the best of the Debtor's belief.

THEREFORE, the Debtor requests that the portion of the IRS Proof of Claim as indicated by disallowed.

**DATED** May 10, 2013

          /s/ Daniel J. Rylander
          Daniel J. Rylander AZ BAR #15279
          Attorneys for Debtor

Copy of the foregoing mailed and/or Emailed
May 10, 2013
Dianne C. Kerns, Esq.
Chapter 13 Trustee
mail@dcktrustee.com

INTERNAL REVENUE SERVICES
ATTN: Special Procedures
Insolvency & Bankruptcy Section
210 EAST EARLL DR
MAIL STOP 5014
PHOENIX, AZ 85012

INTERNAL REVENUE SERVICE
ATTN: Special Procedures
11601 ROOSEVELT BLVD
PHILADELPHIA, PA 19154

RACHAEL J. ZEPEDA
OFFICE OF CHIEF COUNSEL IRS
4041 N CENTRAL AVE, STE 112
MAIL STOP 2200PX
PHOENIX, AZ 85012-0001

By: /s/Abby Moore
    Abby Moore, Paralegal

Form **944** for 2006: Employer's ANNUAL Federal Tax Return
Department of the Treasury — Internal Revenue Service

760106
OMB No. 1545-2007

FZ 20-1931325

```
**************AUTO**3-DIGIT 857
DEC2006       229      CA
TANA KAE   KELCH
BOHEMIA
299 S PARK AVE
TUCSON, AZ 85719-5747              1143
```

**Who Must File Form 944**
You must file annual Form 944 instead of filing quarterly Forms 941 **only if the IRS notified you in writing.**

Read the separate instructions before you fill out this form. Please type or print within the boxes.

## Part 1: Answer these questions for 2006.

1. Wages, tips, and other compensation . . . . . . . . . . . . . . . . 1 | 8101.75 |

2. Total income tax withheld from wages, tips, and other compensation . . . . . . 2 | 354.56 |

3. If no wages, tips, and other compensation are subject to social security or Medicare tax . 3 ☐ Check and go to line 5.

4. Taxable social security and Medicare wages and tips:

|  | Column 1 |  | Column 2 |
|---|---|---|---|
| 4a Taxable social security wages | 8101.75 | × .124 = | 1004.62 |
| 4b Taxable social security tips |  . | × .124 = | . |
| 4c Taxable Medicare wages & tips | 8101.75 | × .029 = | 234.95 |

4d Total social security and Medicare taxes (Column 2, lines 4a + 4b + 4c = line 4d) . . . 4d | 1239.57 |

5. Total taxes before adjustments (lines 2 + 4d = line 5) . . . . . . . . . 5 | 1594.13 |

6. TAX ADJUSTMENTS (Read the instructions for line 6 before completing lines 6a through 6f.):

6a. Current year's adjustments (See instructions) . . . . . . 6a | (.11) |

6b. Prior years' Income tax withholding adjustments (See instructions. Attach Form 941c.) . . . . . . . . 6b | . |

6c. Prior years' social security and Medicare tax adjustments (See instructions. Attach Form 941c.) . . . . . . 6c | . |

6d. Special additions to federal income tax (reserved use). Attach Form 941c . . . . . . . . . . . . . . . 6d | . |

6e. Special additions to social security and Medicare taxes (reserved use). Attach Form 941c . . . . . . . . 6e | . |

6f. TOTAL ADJUSTMENTS (Combine all amounts: lines 6a through 6e.) . . . . 6f | (.11) |

7. Total taxes after adjustments (Combine lines 5 and 6f.) . . . . . . . 7 | 1594.02 |

8. Advance earned income credit (EIC) payments made to employees . . . . . 8 | . |

9. Total taxes after adjustment for advance EIC (line 7 − line 8 = line 9) . . . . 9 | 1594.02 |

10. Total deposits for this year, including overpayment applied from a prior year . . 10 | 983.74 |

11. Balance due (If line 9 is more than line 10, write the difference here.) Make your check payable to the United States Treasury and write your EIN, Form 944, and 2006 on the check . . . . 11 | 610.28 |

12. ~~payment (If line 10 is more than line 9, write the difference here.) 12 | . | Check one ☐ Apply to next return. ☐ Send a refund.

ST fill out both pages of this form and SIGN it.

Next ➡

Form **944** (2006)

February 01, 2007 through February 28, 2007

Account Number: 000000643462286

| | |
|---|---|
| 002210581603 FEB 22 #0000004541 $82.40 | 005540097569 FEB 14 #0000004546 $37.00 |
| 009740874127 FEB 01 #0000004547 $41.00 | 004810796127 FEB 07 #0000004553 $45.00 |
| 004810229093 FEB 01 #0000004576 $125.00 | 006210391211 FEB 07 #0000004580 $382.50 |
| 004810656222 FEB 06 #0000004581 $610.28 | 004910348767 FEB 06 #0000004582 $5.50 |
| 004810297076 FEB 01 #0000004583 $37.56 | 004810656509 FEB 06 #0000004584 $64.81 |

Need more information about any of these images of cleared items? Registered users of Chase Online see BOTH front and back of images of cleared items. Chase Online is a free service. Visit www.Chase.com to enroll today.

Case 4:12-bk-26010-EWH    Doc 16    Filed 05/10/13    Entered 05/10/13 16:10:51    Desc
Main Document    Page 4 of 7

Page 8 of 16

# Form 944-V, Payment Voucher

## Purpose of Form

Complete Form 944-V, Payment Voucher, if you are making a payment with Form 944, Employer's ANNUAL Federal Tax Return. We will use the completed voucher to credit your payment more promptly and accurately, and to improve our service to you.

If you have your return prepared by someone else and make a payment with that return, please provide this payment voucher to the return preparer.

## Making Payments With Form 944

Make your payment with Form 944 **only if** one of the following applies.

• Your net taxes for the year (line 9 on Form 944) are less than $2,500 and you are paying in full with a timely filed return.

• You already deposited the taxes you owed for the first, second, and third quarters of 2006, the tax you owe for the fourth quarter of 2006 is less than $2,500, and you are paying, in full, the tax you owe for the fourth quarter of 2006 with a timely filed return.

• You are a monthly schedule depositor making a payment in accordance with the **Accuracy of Deposits Rule.** (See section 11 of Pub. 15 (Circular E), Employer's Tax Guide, for details.) In this case, your payment may be $2,500 or more.

Otherwise, you must deposit your taxes at an authorized financial institution or by electronic funds transfer. (See section 11 of Pub. 15 (Circular E) for deposit instructions.) Do not use Form 944-V to make federal tax deposits.

**Caution.** If you pay amounts with Form 944 that should have been deposited, you may be subject to a penalty. See Deposit Penalties in section 11 of Pub. 15 (Circular E).

## Specific Instructions

• Enter on the voucher the amount paid with Form 944.

• Enclose your check or money order made payable to the "United States Treasury." Be sure also to enter your EIN, "Form 944," and the tax period on your check or money order. Do not send cash. Please do not staple Form 944-V or your payment to the return (or to each other).

• Detach Form 944-V and send it with your payment and Form 944 to the address in the Instructions for Form 944. Do not send a photocopy of Form 944-V because your payment may be misapplied or delayed.

If any of the preprinted information is incorrect, make changes on the top of Form 944, **not** on the payment voucher. If you change any of the preprinted information on the voucher, your payment may be misapplied or delayed.

---

0800164254  **Detach Here and Mail With Your Payment and Tax Return.**

Department of the Treasury
Internal Revenue Service
OMB No. 1545-2007
**2006**

**Form 944-V, Payment Voucher**

▶ Use this voucher when making a payment with your tax return.
▶ Do not staple this voucher or your payment to your return.
▶ Do not send cash.

Enter the amount of your payment  ▶   Dollars: 610  Cents: 28



20-1931325

TANA KAE    KELCH
BOHEMIA
299 S PARK AVE
TUCSON, AZ 85719-5747

INTERNAL REVENUE SERVICE
P.O. Box 105118
Atlanta, GA 30348-5118

201931325 EZ KELC 01 2 200612 610

Form **944 for 2007:** Employer's ANNUAL Federal Tax Return
Department of the Treasury — Internal Revenue Service

790107
OMB No. 1545-2007

Employer Identification number (EIN): 20-1931325
Name (not your trade name): TANA KELCH
Trade name (if any): BOHEMIA
Address: 2920 E BROADWAY
City: TUCSON  State: AZ  ZIP code: 85716

**Who Must File Form 944**
You must file annual Form 944 instead of filing quarterly Forms 941 **only if the IRS notified you in writing.**

Read the separate instructions before you fill out this form. Please type or print within the boxes.

### Part 1: Answer these questions for 2007.

1. Wages, tips, and other compensation ............ **1** 11826.32
2. Total income tax withheld from wages, tips, and other compensation ........ **2** 204.06
3. If no wages, tips, and other compensation are subject to social security or Medicare tax .... **3** ☐ Check and go to line 5.
4. Taxable social security and Medicare wages and tips:

| | Column 1 | | Column 2 |
|---|---|---|---|
| 4a Taxable social security wages | 11826.32 | × .124 = | 1466.46 |
| 4b Taxable social security tips | 0.00 | × .124 = | 0.00 |
| 4c Taxable Medicare wages & tips | 11826.32 | × .029 = | 342.96 |

4d Total social security and Medicare taxes (Column 2, lines 4a + 4b + 4c = line 4d) .... **4d** 1809.42

5. Total taxes before adjustments (lines 2 + 4d = line 5) ............ **5** 2013.48

6. TAX ADJUSTMENTS (Read the instructions for line 6 before completing lines 6a through 6f.):

   6a Current year's adjustments (See instructions) .... **6a** 0.00
   6b Prior years' income tax withholding adjustments (See instructions. Attach Form 941c.) .... **6b** 0.00
   6c Prior years' social security and Medicare tax adjustments (See instructions. Attach Form 941c.) .... **6c** 0.00
   6d Special additions to federal income tax (see instructions). Attach Form 941c .... **6d** 0.00
   6e Special additions to social security and Medicare taxes (see instructions). Attach Form 941c .... **6e** 0.00
   6f TOTAL ADJUSTMENTS (Combine all amounts: lines 6a through 6e.) .... **6f** 0.00

7. Total taxes after adjustments (Combine lines 5 and 6f.) .... **7** 2013.48
8. Advance earned income credit (EIC) payments made to employees .... **8** 0.00
9. Total taxes after adjustment for advance EIC (line 7 - line 8 = line 9) .... **9** 2013.48
10. Total deposits for this quarter, including overpayment applied from a prior year .... **10** 0.00
11. Balance due (If line 9 is more than line 10, write the difference here.) Make your check payable to the *United States Treasury* and write your EIN, *Form 944,* and *2007* on the check .... **11** 2013.48
12. Overpayment (if line 10 is more than line 9, write the difference here.) **12** _____ Check one ☐ Apply to next return. ☐ Send a refund.

▶ You MUST fill out both pages of this form and SIGN it.

Next ➡

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.  NACTP: 1046  Form **944** (2007)

Case 4:12-bk-26010-EWH   Doc 16   Filed 05/10/13   Entered 05/10/13 16:10:51   Desc
Main Document   Page 6 of 7

| Form **944-V** | Payment Voucher | OMB No. 1545-2007 |
| Department of the Treasury Internal Revenue Service | ▶ Do not staple or attach this voucher to your payment. | **2007** |

| 1 Enter your employer identification number (EIN). 20-1931325 | 2 **Enter the amount of the payment.** ▶ | Dollars 2013 | Cents 48 |

3 Enter your business name (individual name if sole proprietor).
TANA KELCH

Enter your address.
2920 E BROADWAY

Enter your city, state, and ZIP code.
TUCSON          AZ    85716

- - - - - - - - - - - - - - - - Cut carefully along dotted lines and mail with your payment and tax return.    Form **944-V** (2007)